

The following constitutes the order of the Court.
Signed: August 17, 2025

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Saint Cloud, Inc.,

        Debtor.

Case No. 25-41443 WJL

-

Chapter 11

### ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR DEBTOR'S FAILURE TO RETAIN COUNSEL

On May 21, 2025, *pro se* Debtor Saint Cloud Inc ("Debtor") filed a Chapter 11 Voluntary Petition for Non-Individuals (the "Petition"). (Dkt. #1). The petition was filed through its putative managing member, Ray Walker, rather than through legal counsel as required by the Bankruptcy Local Rules ("B.L.R.") in this District. BLR 9010-1(b) requires that corporations or any entity other than a natural person to appear through counsel admitted in this District.

Accordingly, the Court HEREBY ORDERS that this case will be dismissed without further notice or hearing unless, within fourteen (14) days of the date of the entry of this order, counsel files an appearance in this case on Debtor's behalf.

### **END OF ORDER**

1

## COURT SERVICE LIST

**Saint Cloud, Inc.**

316 O Neil Circle

Hercules, CA 94547

2