Matthew Nguyen (SBN: 270558)
matthewnguyen.esq@gmail.com
Thomas DeMuth (pro hac vice application pending)
tdemuth@demuthassociates.com
4930 Campus Drive
Newport Beach, CA 92660

Proposed Counsels for the Debtor
And Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re:

SAINT CLOUD, INC.,

    Debtor,

Case No.: 25-bk-41443 WJL

Chapter 11

RESPONSE TO THE ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR DEBTOR'S FAILURE TO RETAIN COUNSEL

## OPPOSITION TO MOTION TO DISMISS CASE FOR BAD FAITH FILING

### I. INTRODUCTION

Debtor Saint Cloud Inc. ("Debtor") respectfully submits this Opposition to the Motion to Dismiss filed by The Acceleration Group ("TAG"). TAG argues that this Chapter 11 Subchapter V case was filed solely to obtain the protection of the automatic stay and was commenced in bad faith. The record demonstrates otherwise: this case was filed in good faith to preserve the Debtor's business, reorganize operations, and protect creditors' collective interests.

### II. BACKGROUND

The Debtor initially filed for bankruptcy protection on May 28, 2025, but that case was dismissed after the Court noted that the Debtor had not retained local counsel and did not have a

- 1 -

RESPONSE TO THE ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR DEBTOR'S FAILURE TO RETAIN COUNSEL

Case: 25-41443    Doc# 34    Filed: 09/23/25    Entered: 09/23/25 19:57:10    Page 1 of 4

complete pro hac vice application for out-of-state counsel. At that time, the Debtor was unable to secure local counsel due to a lack of access to funds.

The inability to access funds was caused, in large part, by TAG's conduct in discouraging Park Street Imports and Arkansas Wine & Spirits—both of which are contractually obligated to remit proceeds from the Debtor's product sales—from releasing funds to the Debtor, despite the Debtor's status as debtor in possession.

Those withheld revenues represented 100% of the Debtor's operating funds, which directly impaired the Debtor's ability to retain counsel and comply with procedural requirements in the first case.

In this second filing, the Debtor has moved diligently and in good faith:

- Local counsel was retained within two weeks of filing.

- A pro hac vice application for Wisconsin-based counsel, who has extensive bankruptcy experience, has been submitted and is being actively pursued.

- The Debtor has filed all necessary documents required by this Court and is prepared to remain proactive and timely in all filings going forward.

- The Debtor has filed a motion to enforce the automatic stay to compel Park Street Imports and Arkansas Wine & Spirits to release funds wrongfully withheld. The Debtor has also included in that same motion requests for enforcement of the automatic stay as it related to assets also held by Corning and Company and Greenlight Distribution.

The Debtor has worked tirelessly on this case, making countless attempts to secure compliance with the automatic stay and ensure that this Chapter 11 proceeds meaningfully. Saint Cloud is a highly successful Kentucky bourbon brand, previously distributed in multiple states. Despite the obstacles created by TAG and others, the Debtor has developed new business relationships during these proceedings that will strengthen its ability to reorganize successfully under Chapter 11.

## III. ARGUMENT

**Good Faith Standard**. Courts in this Circuit apply a "totality of the circumstances" test to determine good faith. The key inquiry is whether the Debtor seeks to achieve a legitimate reorganization purpose.

**This Case Serves Legitimate Bankruptcy Purposes**. The Debtor's business generated over $1.3 million in recent annual sales. Chapter 11 protection is necessary to stabilize operations, recover improperly withheld revenues, and provide an orderly path forward that maximizes value for all creditors.

**The Debtor Is Actively Complying With Court Requirements**. The Debtor has filed all documents required to date, retained local counsel, and submitted a pro hac vice application for its experienced bankruptcy counsel. The Debtor is prepared to remain proactive and diligent in ensuring that all filings and procedural requirements are met going forward.

TAG's Actions Contributed to Initial Dismissal. TAG's influence in discouraging Park Street Imports and Arkansas Wine & Spirits from releasing funds deprived the Debtor of its revenue and forced dismissal of the initial case. It would be inequitable to allow TAG to benefit from deficiencies that its own conduct helped create. Further, TAG did not have the right to send these notices to Park Street, Greenlight nor Arkansas Wine and Spirits.

The Debtor Has Acted in Good Faith. Far from seeking only the protection of the stay, the Debtor has filed required schedules, sought to enforce the automatic stay against noncompliant parties, retained both local and experienced bankruptcy counsel, and established new relationships to ensure its viability. These are the hallmarks of a debtor proceeding in good faith.

## IV. CONCLUSION

For the foregoing reasons, the Debtor respectfully requests that the Court deny TAG's motion to dismiss and allow this Subchapter V case to proceed so that the Debtor may reorganize in good faith, preserve value for creditors, and protect the business from further harm.

Respectfully submitted,

Dated: September 23, 2025        /s/ MATTHEW NGUYEN
                                           Attorney for Saint Cloud, Inc.