Marcus O. Colabianchi (SBN 208698)
**DUANE MORRIS** LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415 957 3000
Fax: 415 957 3001
E-mail: mcolabianchi@duanemorris.com

Geoffrey A. Heaton (SBN 206990)
**DUANE MORRIS** LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: 415 957 3122
Facsimile: 415 707 2093
E-mail: gheaton@duanemorris.com

Attorneys for Creditor, The Acceleration Group, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br>SAINT CLOUD INC.<br>　　　　Debtor. | Case No. 25-41443 WJL<br>Chapter 11<br>**CERTIFICATE OF SERVICE** |

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Duane Morris LLP, and my business address is One Market Plaza, Spear Street Tower, Suite 2200, San Francisco, California 94105. I am readily familiar with the business practice for collection and processing of correspondence for mailing and for transmitting documents by U.S. Mail, FedEx, fax, email, courier and other modes. On September 25, 2025, I served the following document:

- **ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASE WITH 180-DAY BAR TO RE-FILING**

__**ELECTRONICALLY**__: I hereby certify that on the below date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list.

1

| | |
|---|---|
| __X__ | **BY ELECTRONIC SERVICE**: The document(s) were sent to the person(s) at the e-mail address(es) listed below, by e-mail or electronic transmission, We did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

**Attorney for Debtor, Saint Cloud Inc.**
Matthew Nguyen ESQ
4930 Campus Drive
Newport Beach, CA 92660
714-809-8482
Email: matthewnguyen.esq@gmail.com

| | |
|---|---|
| __X__ | **BY U.S. MAIL**: by placing (☐ the original) (☒ a true copy) thereof enclosed in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Dallas, Texas, with postage fully prepaid. |

**Debtor**
Saint Cloud Inc
316 O'Neil Circle
Hercules, CA 94547-3747

Thomas P. DeMuth
DeMuth & Associates LLC
6130 North Berkeley Boulevard
Whitefish Bay, WI 53217

**Attorney for Debtor, Saint Cloud Inc.**
Matthew Nguyen ESQ
4930 Campus Drive
Newport Beach, CA 92660
714-809-8482
Email: matthewnguyen.esq@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 25, 2025, in San Francisco, California.

    /s/ Deanna Micros (xxx-xx-5693)
    DEANNA MICROS