# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In re:                                             |        Case No. 25-bk-41443 WL

                                                   |

Saint Cloud, Inc.                                  |

                                                   |

                                                   |

      Debtor(s)

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Mark Sharf*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The case was dismissed with no plan confirmed and no plan payments made to the trustee. The Court has not ordered that compensation be awarded to the trustee, nor has any compensation been sought. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

Date: 11/18/2025                    By: /s/ Mark Sharf
                                         Mark Sharf, Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**