Is this transcript for an appeal?
If yes, an Expedited transcript
is required. ☐ Yes ☑ No

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### TRANSCRIPT ORDER FORM



**FILED**

MAR 25 2026

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Name of Debtor (Case Name):**

Saint Cloud, Inc.

**Chapter** 11

**Case Number:** 25-41443

**Adversary Proceeding Name:**

vs.

**Plaintiff(s),**

**Defendant(s).**

**Adversary Proceeding Number:**
**(or Miscellaneous Proceeding Number)**

**Date of Hearing:** 9/24/2025

(Complete a SEPARATE form for EACH hearing date)

**Time of Hearing:** 10:30 am

**Hearing Judge:** Lafferty

**Hearing Location:** Oakland Courtroom 220

**Transcriber:** Veritext

**Alternate Transcriber:** Transcripts Plus, Inc.

**Type of Transcript:**
- ☐ Ordinary (30 Days)
- ☐ 14 Days
- ☑ Expedited (7 Days)
- ☐ Daily (24 Hours)
- ☒ Entire Hearing
- ☐ Testimony of Witness
- ☐ Other/Special Instructions:
- ☐ Ruling/Opinion Portion Only

Name of Witness

**Name of Person(s) Ordering Transcript:**

Gregg A. Rapoport

**Contact Person:**

Gregg A. Rapoport

**Phone Number:**

213-358-7220

**Mailing Address (include law firm name, if any):**

Smith, Gambrell & Russell, LLP
444 S. Flower St.
L.A., CA 90071

**Email Address:**

grapoport@sgrlaw.com

---

### THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS  ☐ Other: _____

Time Start: _____ Time End: _____   Time Start: _____ Time End: _____

Time Start: _____ Time End: _____   Time Start: _____ Time End: _____

ECRO: _____ Court Division: _____ Processed By: _____

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want
is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording.
To order a Meeting of Creditors recording visit the U.S. Trustee website.

3/2019